ACCEPTED
03-14-00440-CV
4546226
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 1:06:02 PM
JEFFREY D. KYLE
CLERK

# The Hindera Law Firm

4425 S. MoPac Expressway
Building 2, Suite 107
Austin, Texas 78735
Tel:      (512) 899-3631
Fax:     (512) 899-3618
email:   john@hinderalaw.com
URL:     www.hinderalaw.com



RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015
JEFFREY D. KYLE
Clerk

March 17, 2015

Travis County District Clerk                                          **Via Facsimile**
Williamson County District Court Coordinator
Williamson County Court at Law Court Coordinator
Caldwell County District Court Coordinator
Hays County District Court Coordinator
Hays County Court at Law Court Coordinator
Harris County District Court Coordinator
Travis County Third Court of Appeals Court Coordinator

        RE:      *Vacation Notice*

To Whom It May Concern:

        Pursuant to Local Rules, this letter shall serve as notice that I will be out of the office as follows:

        April 17, 2015 until April 20, 2015

        In accordance with the Lawyer's Creed, please do not schedule any hearings, trial, or mediation for the below-referenced matters during this period. Also, please do not serve any discovery that must be answered during this period or shortly thereafter.

        **Travis County:**
        *Cause No. D-1-FM-12-003948; IMMO Benavides*
        *Cause No. D-1-FM-14-002774; ITIO Bearden*
        *Cause No. D-1-FM-14-000319; IMMO Fears*
        *Cause No. D-1-FM-07-006526; ITIO Hernandez-Gutierrez*
        *Cause No. D-1-FM-08-005367; ITIO Henson*
        *Cause No. D-1-FM-13-004345; IMMO Lorino*
        *Cause No. D-1-FM-12-004122; ITIO Martinez*
        *Cause No. D-1-FM-14-005640; IMMO McClain*
        *Cause No. D-1-FM-13-006360; ITIO Morgan and Debruyne*
        *Cause No. D-1-FM-06-006327; ITIO Smith*
        *Cause No. D-1-FM-11-00759; IMMO Stinson*

**Travis County Third Court of Appeals:**
*Cause No. 03-14-00440-CV; IMMO Peck*

**Williamson County:**
*Cause No. 10-2554-F425; ITIO Jones*
*Cause No.13-2492-FC4; IMMO Cornett*
*Cause No. 15-0196-FC4; IMMO Pope*
*Cause No. 15-0045-FC4; IMMO Williams*
*Cause No. 13-1573-F425; ITIO Stefanowicz*

**Hays County:**
*Cause No. 10-1924; ITIO Blake*
*Cause No. 14-1595; IMMO King*

**Harris County:**
*Cause No. 2009-00064; ITIO Denbina,*

Thank you for your kind cooperation and professional courtesy in this matter.

Respectfully,

John J. Hindera, J.D., Ph.D.

cc:     Opposing Counsel

| NAME: | FAX: |
| --- | --- |
| Nancy Perry | 512-342-2911 |
| Gloriene Rosario | 512-369-3535 |
| Laurie J. Nowlin | 512-244-9733 |
| Cecilia M. Wood | 512-708-8787 |
| Jonathan A. Hassell | 713- 333-5800 |
| Rachel Leal Hudson | 281-407-6233 |
| Keith Taniguchi | 512-441-7308 |
| Mark Ashworth | 512-854-9818 |
| Elizabeth Angelone | 512-649-1217 |
| Cynthia Gonzalez | 512-854-9818 |
| Lisa L. Barrera | 512-320-0100 |
| Don Gavlick | 877-310-2988 |
| Lisa Londergan | 512-482-0924 |
| Sarah Balaparya | 512-872-6855 |
| Felix Rippy | 512-310-2580 |
| Doy Freitag | 512-252-1517 |
| Lindley Bain | 512-368-4384 |
| Shane McFarland | 512-708-8436 |
| Illan R. Tanner | 512-814-7013 |
| Daniel Hernandez | 512-339-5909 |
| Melissa M. Williams | 512-478-1906 |
| Bret Doyal | 512-320-9974 |